# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2469
_____

Eric D. Lougin; Francesco R. Russo

*Plaintiffs - Appellants*

v.

City of St. Louis, Missouri; Grand Center, Inc.; Freddie Dunlap, in his official and individual capacity; John Does, 1-4, in their official capacity; Chris Roth, in his official and individual capacity; Rick Lauman, in his official capacity; Shawn Ordway, in his official capacity; Claudia Roe, in her official capacity; St. Louis City Board of Equalization, City of Saint Louis Assessor President of the BOE

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: February 26, 2020
Filed: March 6, 2020
[Unpublished]
_____

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.
_____

PER CURIAM.

Eric Lougin and Francesco Russo appeal the district court's order in their pro se complaint raising claims under 42 U.S.C. §§ 1983 and 1985, as well as state law, in which the district court dismissed the federal claims and remanded the state law claims to state court. Having carefully reviewed the record and the parties' arguments on appeal, we conclude the court properly dismissed the federal claims. See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review of dismissal order). Accordingly, the judgment is affirmed as to the dismissal of the federal claims. We vacate the order remanding the state law claims to state court, however, as the case did not originate in state court; and we instruct the district court to enter an order dismissing the state law claims without prejudice.

_____